# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL ANN MARTIN, | Case No.: EDCV 19-01749-KS |
| Plaintiff, | |
| vs. | ORDER AND JUDGMENT OF DISMISSAL |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the parties' Stipulation for Dismissal that was filed on March 24, 2020, IT IS HEREBY ORDERED AND ADJUDGED that the above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

DATE: March 25, 2020

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE